**NOT PRECEDENTIAL**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 20-1689
_____

SERVICE EMPLOYEES INTERNATIONAL
UNION HEALTHCARE PENNSYLVANIA

v.

HERITAGE VALLEY HEALTH SYSTEM,
                                 Appellant

_____

Appeal from the United States District Court
for the Western District of Pennsylvania
(D.C. No. 2-19-cv-00393)
District Judge: Hon. J. Nicholas Ranjan

_____

Submitted under Third Circuit L.A.R. 34.1(a)
November 19, 2020

_____

Before: JORDAN, KRAUSE, and RESTREPO, *Circuit Judges*.

JUDGMENT

     This cause came to be considered on the record from the District Court for the Western District of Pennsylvania and was submitted pursuant to Third Circuit L.A.R. 34.1(a) on November 19, 2020.

     On consideration whereof, it is now hereby ORDERED and ADJUDGED by this Court that the Order of the District Court entered March 4, 2020 is AFFIRMED. Costs taxed against Appellant. All of the above in accordance with the Opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: February 1, 2021